# UNITED STATES DISTRICT COURT

Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Mary Jo Tatum | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.   4:01CR40057-06-JPG<br>USM No.   05405-025<br><br>Judith A. Kuenneke, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of False Statements | 02/01/2010 |
| Statutory | The defendant tested positive for marijuana | 01/26/2010 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: 2046 | 03/25/2010<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:   1972 | _[signature]_<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Marion, IL 62959 | J. Phil Gilbert                District Judge<br>Name and Title of Judge<br><br>March 30, 2010<br>Date |

Case 4:01-cr-40057-JPG   Document 461   Filed 03/30/10   Page 2 of 3   Page ID #604

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page   2   of   3
DEFENDANT: Mary Jo Tatum
CASE NUMBER: 4:01CR40057-06-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 2 | The defendant failed to provide truthful information to probation | 01/30/2010 |
| Standard # 3 | The defendant failed to provide truthful information to probation per drugs | 01/26/2010 |
| Standard # 5 | The defendant failed to maintain employment | 12/29/2009 |
| Standard # 9 | The defendant associated with a convicted felon without permission | |
| Special | The defendant failed to participate in program of substance abuse treatment | 01/12/2010 |
| Special | The defendant failed to participate in program of mental health treatment | 01/12/2010 |

Judgment — Page 3 of 3

DEFENDANT: Mary Jo Tatum
CASE NUMBER: 4:01CR40057-06-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

10 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in Greenville, IL.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL